No. 31. KRETSKE v. UNITED STATES. February 9, 1942. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Ante,* p. 60.

No. —, original. EX PARTE STANLEY B. PEPLOWSKI. February 16, 1942. 314 U. S. 578.

No. 710. TEMPLETON v. CALIFORNIA. February 16, 1942. 314 U. S. 581.

No. 32. ROTH v. UNITED STATES. February 16, 1942. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Ante,* p. 60.

No. 67. SOUTHPORT PETROLEUM Co. v. NATIONAL LABOR RELATIONS BOARD; and
No. 756. STEWART v. DAVIDSON, JUDGE. February 16, 1942. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. No. 67, *ante,* p. 100.